## STATEMENT OF FACTS

On Thursday April 8, 2010, Detective Palchak (MPD) was acting in an undercover capacity as part of a multi- jurisdictional FBI Task Force.  Detective Palchak was operating out of a satellite office in Washington, DC.  On Thursday April 8, 2010, Detective Palchak entered a predicated social network site posing as an individual that had sexual access to a 12 year-old boy.  Based on my experience and information gathered from other sources this site is frequented by individuals with a sexual interest in children.

On Thursday April 8, 2010, at 5:31pm Detective Palchak entered the pnp room (party and play) and initiated a chat conversation with an individual using the screen name, "TAGnDC".   This individual's profile indicated that he is a 36 year-old white male and resides in Columbia Heights, DC. During the course of the private chats Detective Palchak informed the target that he had sexual access to a 12 year-old boy that resides in Virginia. The target stated that he had sexual interest in the child and provided his telephone number, xxx xxx xxxx.  During the course of the chat and a telephone conversation the defendant stated that he was interested in filming and taking pictures of the sex acts between the Detective Palchak and the 12 year-old child. Detective Palchak captured the target's web cam during the course of the chat conversation.  The subject stated that he was HIV positive and interested in having anal sex with the twelve year-old child. Detective Palchak informed the defendant that the 12 year-old would be available for sex on Friday April 9, 2010.

On Friday April 9, 2010, Detective Palchak changed several telephone calls and text messages with the target who agreed to meet the Detective Palchak and the 12 year-old child at a location in the District of Columbia for the purpose of having sex with Detective Palchak.

On Friday, April 9, 2010, Detective Palchak made arrangements to meet the target at a location in the District of Columbia. At 2100 hours, the subject arrived at the agreed upon location. The undercover officer gave a prearranged signal to the arrest team and the target, later identified as KELLY ALLEN KREITZ was arrested without incident and transported for processing.

Kreitz  waived his Miranda rights and provided a statement. He admitted to traveling from his home at xxx xxxxxx xxxxxx #xx NW DC to the arranged meeting location for the purpose of having sex with the undersigned and the 12 year-old boy. He also admitted to being the account holder for the screen name, "TAGnDC".

    Your affiant knows that a person over the age of 18 years who engages in anal sex with a minor who is more than four years younger than the adult, can be prosecuted for the offense of First Degree Child Sexual Abuse pursuant to 22 D.C. Code Section 3008.

 

 

_____
DETECTIVE MIGUEL MIRANDA
Metropolitan Police Department

 

Sworn and subscribed to before me this        day of April 2010

 

_____
DEBORAH A. ROBINSON
United States Magistrate Judge