# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| KELLY KREITZ | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2422(a) |
| Defendant. | : | (Persuading or Coercing to Travel to |
| | : | Engage in Sexual Activities for Which |
| | : | a Person Can Be Charged with a |
| | : | Criminal Offense); |
| | : | 21 U.S.C. § 844(a) |
| | : | (Possession of a Controlled Substance) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about April 8, 2010 and April 9, 2010, within the District of Columbia, the defendant, KELLY KREITZ, did knowingly attempt to induce any individual to travel in interstate commerce from the Commonwealth of Virginia to the District of Columbia to engage in any sexual activity for which any person can be charged with a criminal offense, that is, First Degree Child Sexual Abuse, 22 D.C. Code Section 3008.

**(Persuading or Coercing to Travel to Engage in Sexual Activities for Which a Person Can Be Charged with a Criminal Offense, in violation of Title 18 United States Code, Sections 2422(a))**

## COUNT TWO

On or about April 9, 2010, within the District of Columbia, the defendant, KELLY KREITZ, did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(**Possession of a Controlled Substance**, in violation of Title 21 United States Code, Section 844(a))

                                        RONALD C. MACHEN JR.
                                        United States Attorney
                                        Bar No. 447889

By:   _____
        Matt Graves
        Bar No. 481052
        Assistant United States Attorney
        555 4th Street, N.W., Room 4243
        Washington, DC 20530
        (202) 305-2195