UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | MAGISTRATE NO. 10- 176 |
| | : | |
| KELLY KREITZ, | : | CRIMINAL NO. **FILED** |
| | : | |
| Defendant. | : | JUL 1 9 2012 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## FACTUAL PROFFER

Had this case proceeded to trial, the government would have shown, beyond a reasonable doubt, that on or about April 8 and 9, 2010, in the District of Columbia, the defendant, Kelly Kreitz, attempted to have a 12-year-old child transported across state lines for the purpose of engaging in a sexual act with the child and photographing the child engaging in a sexual act with another adult male.

On April 8, 2010, Defendant entered an online chat room and engaged an individual whom he met in the chat room in a conversation. Unbeknown to Defendant, this individual was an undercover, special agent from the FBI. The undercover officer told Defendant that he had access to a twelve-year old boy who lived in Virginia. During the course of Defendant and the undercover officer's conversation, Defendant stated that he would be interested in filming and taking pictures of the undercover officer engaging in anal intercourse with the child. Defendant further stated that he, too, would like to engage in anal intercourse with the child. During the course of this chat, Defendant exchanged phone numbers with the undercover officer.

On April 9, 2010, Defendant and the undercover officer exchanged several calls and text messages. The two ultimately agreed that they would meet the night of April 9 in the District of

Columbia and that the undercover officer would bring the twelve-year-old child from Virginia with him, so that Defendant and the undercover officer could engage in sexual activity with the boy. Defendant arrived at the meeting place at approximately 9:00 p.m. and was placed under arrest.

A search incident to arrest revealed that Defendant had in his possession a digital camera, three jock straps, two baggies containing a crystal-like substance, and two, small, glass smoking pipes. The crystal-like substance in the two baggies was tested by the DEA and was found to be Mehamphetamine Hydrochloride having a combined net weight of 4.9 grams.

After being advised of his rights, Kreitz waived his rights and informed the authorities that he traveled to the meeting location for the purpose of engaging in sexual activity with the undercover officer and the twelve-year-old child.

/s/ Matt Graves
MATT GRAVES
Assistant United States Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-2195
matthew.graves@usdoj.gov

**Defendant's Acceptance**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_7/19/12_  
Date

_Kelly Kreitz_  
Kelly Kreitz

**Defense Counsel's Acknowledgment**

I am Kelly Kreitz's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_7/19/12_  
Date

_Cynthia Katkish_  
Cynthia Katkish, Esq.